IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-00703-RM-NRN

ABIGAIL RATCHFORD,
ANA CHERI,
CAMILA DAVALOS,
JAMIE MIDDLETON,
JESSICA BURCIAGA,
MARIANA DAVALOS, and
MEGAN DANIELS,

    Plaintiffs,

v.

NEW FIARVIEW LOUNGE, INC., d/b/a Saturday Night Live, Inc.

    Defendant.

---

## ORDER

---

This matter is before the Court on Defendant's Stipulated Motion to Dismiss (the "Motion") (ECF No. 46) requesting the claims asserted by Plaintiff Megan Daniels ("Daniels") be dismissed with prejudice and an award of attorney fees and costs in favor of Defendant and against Daniels and her counsel in the amount of $1,326.60. The Motion is unopposed and filed pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), 37(d), 41(a)(2), and 41(b). Upon review of the Motion and in reliance on the representations of counsel, e.g., that Daniels failed to appear for her properly noticed deposition and refuses and fails to prosecute this action, the Court finds sufficient grounds for granting the Motion. According, it is therefore **ORDERED**

    (1) That the Stipulated Motion to Dismiss (ECF No. 46) is GRANTED;

(2) That Plaintiff Megan Daniel's claims in this matter are DISMISSED WITH PREJUDICE and her name shall be removed from the caption in all future filings with the court; and

(3) That Defendant is awarded, against Plaintiff Daniels and her counsel, attorney fees and costs in the amount of $1,326.60

DATED this 16th day of December, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge